IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ABDOURAHMANE MAIGA
ABDALLAH,

    Petitioner,

v.

IMMIGRATION AND CUSTOMS
ENFORCEMENT, et al.,

    Respondents.

CASE NO. 2:16-CV-00602
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth A. Preston Deavers

**OPINION AND ORDER**

On November 14, 2016, the Magistrate Judge issued a *Report and Recommendation* recommending that Respondent's *Motion to Dismiss for Lack of Jurisdiction* (ECF No. 7) be **GRANTED**, and that this action be dismissed. The Magistrate Judge further recommended that Respondent's *Motion to Dismiss for Failure to State a Claim & for Lack of Subject Matter Jurisdiction or in the alternative Motion for Summary Judgment* (ECF No. 4) be denied, as moot. (ECF No. 8.) Although the parties were advised of the right to object to the Magistrate Judge's Report and Recommendation and of the consequences of failing to do so, no objections have been filed. The docket reflects that notice of the Magistrate Judge's *Report and Recommendation* was returned as not deliverable, with no forwarding address. (ECF No. 9.) However, it is the Petitioner's responsibility to keep the Court advised of his current whereabouts.[1]

---

[1] The record indicates that Petitioner has been removed from the United States to Niger.

The *Report and Recommendation* (ECF No. 8) is **ADOPTED** and **AFFIRMED**. Respondent's *Motion to Dismiss for Lack of Jurisdiction* (ECF No. 7) is **GRANTED**, and this action is hereby **DISMISSED**.

Respondent's *Motion to Dismiss for Failure to State a Claim & for Lack of Subject Matter Jurisdiction or in the alternative Motion for Summary Judgment* (ECF No. 4) is **DENIED**, as moot. (ECF No. 8.)

**IT IS SO ORDERED.**

12-8-2016

EDMUND A. SARGUS, JR.
Chief United States District Judge